# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTE GUESS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-1949 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 5th day of March, 2020, upon notification that the issues between Plaintiff and Defendant have been settled, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against Defendant are DISMISSED with prejudice.

The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*/s/* C. Darnell Jones, II
C. Darnell Jones, II    J.